

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00107-CR**

**IN RE BRYAN STALLWORTH**

**Original Proceeding**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 30582**

## MEMORANDUM OPINION

Relator Bryan Stallworth's "Motion to Supplement Writ of Mandamus," filed on

April 24, 2023, is granted. Relator's petition for writ of mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,*
        Justice Johnson, and
        Justice Smith
        *(Chief Justice Gray dissenting)

Petition denied
Opinion delivered and filed May 17, 2023
Do not publish
[OT06]

